Morris KRAUS, an infant, etc., Respt., v. QUEENS COUNTY WATER CO., impleaded, etc., Applt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed, with $10 costs and disbursements, the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice.

Frances KUBIAK, as admx., etc., respt., v. MARINE NATIONAL BANK, applt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment and order affirmed with costs. All concur.

Aaron KUFLIK et al., Applts., v. Isidor SILBERSTEIN, Respt. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Settle order on notice.

Boris KULOSCHIK, Respt., v. HOLBROOK, CABOT & ROLLINS CORPORATION, Applt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Antonio LAIOSA v. Lizzie VAN BOSKERCK. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application denied, with $10 costs. Order signed.

Francesco LAIOSA v. Lizzie VAN BOSKERCK. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application denied, with $10 costs. Order signed.

In the Matter of the Application of Joseph KRONETHAL for an order requiring John T. Fenelon, an attorney, to pay over money. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Appeal from Special Term, New York County. In the matter of the application of Joseph Kronethal for an order requiring John T. Fenelon, an attorney, to pay over money. From so much of an order as directed respondent to pay moneys to the chamberlain of the city of New York pending result of the proceeding, he appeals. Affirmed.

PER CURIAM. It being represented to the court that so much of the order as is appealed from has been complied with by the appellant, we see no reason for interfering with it. The said order, so far as appealed from, is therefore affirmed, without costs.

Joseph LANDAU, doing business under the firm name and style of Joseph Landau & Co., Plaintiff-Respondent, v. Louis STEIN, doing business under the firm name and style of Louis Stein & Co., Defendant-Appellant. (Supreme Court, Appellate Term, First Department. June 26, 1916.) Appeal from Municipal Court, Borough of Manhattan, Ninth District. Judgment for plaintiff, and defendant appeals. Reversed, and new trial granted.

BIJUR, J. This action is brought by a salesman against his employer. The complaint sets out as a first cause of action a demand for $200, being four months' "drawing account" at $50 each; for a second cause of action a claim for $100, being the balance of $200 to be "advanced" by the defendant toward plaintiff's traveling expenses on a certain trip; as a third cause of action, a claim for $68.27, being the balance of $25 a month for each of nine months (namely, $225), which defendant agreed to contribute to plaintiff toward the expenses of maintaining a showroom, less $91.23, admittedly received from defendant, and $67.50 collected by plaintiff for account of defendant and retained by plaintiff. It is impossible to understand, from a reading of the record, the basis on which the judgment for $255 was allowed. Respondent seeks to justify the judgment by saying: "On the first and second causes of action the court decided adversely to plaintiff, and on the third cause of action the decision was awarded in favor of plaintiff." But in the third cause of action plaintiff asked for but $68.27; consequently it is apparent that respondent's explanation of the amount of the judgment is totally insufficient. Judgment reversed, and new trial granted, with $30 costs to appellant to abide the event. All concur.

Augusta LANDES v. Leonard LANDES. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion denied, with $10 costs. Order filed.

In the Matter of the application for the commitment of Edward F. LANG, an alleged insane person, etc. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Order of the county judge of Kings county reversed, and motion to vacate the original order denied, without costs, on the ground that the circumstances appearing in the record did not warrant an order vacating the original order. Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

Joseph LARGEY, Applt., v. CITY OF NEW YORK et al., Respts. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Rocco LASCALZO, as Admr., etc., Respt., v. PALISADE REALTY & AMUSEMENT CO., impld. etc., Applt. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order modified, by granting stay, with leave to move to vacate same, if return of commission be unreasonably delayed. No opinion. Settle order on notice.

Edward LASKA v. Charles K. HARRIS. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

Samuel LASKOWITZ v. Abraham RATNER et al. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Motion for leave to dispense with printing denied; motion for extension of time granted as stated in order. Order filed.